No. 652. TROSCH ET AL., DOING BUSINESS AS MARYLAND NEWS CO., v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *James J. Doherty* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 656. AMERICAN CAN CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Charles C. MacLean, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.

No. 658. RAYOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Ernest R. Mortenson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.

No. 661. PARROTT ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 10th Cir. Certiorari denied. *Robert E. Shelton* for petitioners. *Solicitor General Cox, Philip A. Loomis, Jr., David Ferber* and *David B. Bliss* for respondent.

No. 666. NOOKSACK TRIBE OF INDIANS v. UNITED STATES. The motion to dispense with printing the petition for a writ of certiorari is granted. Petition for a writ of certiorari to the United States Court of Claims denied. *Frederick W. Post* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *Elizabeth Dudley* for the United States. Reported below: —— Ct. Cl. ——.

No. 767, Misc. ODOM v. MISSOURI. Supreme Court of Missouri. Certiorari denied.